CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 FAX
naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**El Rinconsito Catracho Corporation,** a California Corporation,<br><br>　　　　Defendant. | **Case:** 4:21-cv-09552-HSG<br><br>**Plaintiff's Notice of Voluntary Dismissal of Defendant Without Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

　　**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 4, 2023　　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　　　By: */s/Naomi Butler*
　　　　　　　　　　　　　　　　　　　Naomi Butler, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff